**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

**No. 01-7694**

––––––––––

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL ROYSTER,

Defendant - Appellant.

––––––––––

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CR-97-159, CA-00-456-1)

––––––––––

Submitted:  January 31, 2002          Decided:  February 8, 2002

––––––––––

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––

Michael Royster, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Royster seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Royster, Nos. CR-97-159; CA-00-456-1 (M.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED